# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL HODORAWIS<br><br>　　　　　Plaintiff<br><br>vs.<br><br>HARRISON ROSS BYCK, ESQ., P.C.<br><br>　　　　　Defendant | Civil Action No.  10-cv-1944 ARC<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>ELECTRONICALLY FILED |

## NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK OF COURTS:**

　　Kindly dismiss the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**KELLEY & POLISHAN, LLC**

　　　　　　　　　　　　　　　　　S/PATRICK WALSH
　　　　　　　　　　　　　　　　　PATRICK WALSH, ESQUIRE/87931
　　　　　　　　　　　　　　　　　259 S. KEYSER AVE.
　　　　　　　　　　　　　　　　　OLD FORGE, PA 18518
　　　　　　　　　　　　　　　　　PHONE: (570) 562-4520
　　　　　　　　　　　　　　　　　FAX: (570) 562-4531
　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

G:\KPWS\Hodorawis, Daniel\Notice_Dismissal.wpd