# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL HODORAWIS | Civil Action No. 10-cv-1944 ARC |
| Plaintiff | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| HARRISON ROSS BYCK, ESQ., P.C. | ELECTRONICALLY FILED |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK OF COURTS:**

Kindly dismiss the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**KELLEY & POLISHAN, LLC**

S/PATRICK WALSH
PATRICK WALSH, ESQUIRE/87931
259 S. KEYSER AVE.
OLD FORGE, PA 18518
PHONE: (570) 562-4520
FAX: (570) 562-4531
**ATTORNEY FOR PLAINTIFF**

SO ORDERED:

_[signature]_ 10/28/10
A. Richard Caputo
United States District Judge